## 25782. SMITH v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence. No error of law appears; and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.* *MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 14, 1936.

*C. G. Battle,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.